UNITED STATES DISTRICT COURT
FOR THE EATSTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PROBABLE CAUSE CONFERENCE LITIGATOR
MR. DERRICK LEE CARDELLO-SMITH, #267009,
    Petitioner,

vs

PROBABLE CAUSE CONFERENCE DIRECTOR,
83 COUNTY PROSECUTORS OFFICES
83 COUNTY CHIEF CIRCUIT COURT JUDGES,
83 COUNTY MAGISTRATE JUDGES,
    Defendants et al,
_____/

Case: 2:22-cv-12377
Judge: Edmunds, Nancy G.
MJ: Grey, Jonathan J.C.
Filed: 10-04-2022 At 11:05 AM
HC DERRICK CARDELLO-SMITH V
83 COUNTY PROSECUTORS ET AL (SS)

## PETITION TO FILE A SECOND/SUCCESSIVE HABEAS CORPUS PETITION UNDER APPLICABLE U.S. CODES

Petitioner, Derrick Lee Cardello-Smith, hereby moves this court to begin the process that will allow the petitioner to who is the PROBABLE CAUSE CONFERENCE LITIGATOR, DERRICK LEE CARDELLO-SMITH, #267009, TO FILE A SECOND OR SUCCESSIVE HABEAS CORPUS PETITION and to allow the process to start immediately.

Thank you for your time in this matter.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48346

September 29, 2022

POOR QUALITY ORIGINAL

Name D. Derrick Lee Cardello-Smith
Number #267009
Address MAX-1576 W. Bluewater Highway
Address Ionia, MI 48846

Mailed on 9/29/22

HC

RECEIVED
OCT - 4 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

© USPS 2019

Clerk-U.S. District Court
231 W. Lafayette Blvd
Detroit, MI 48226

4822632718 C05

GRAND RAPIDS MI 493
30 SEP 2022 PM 6 L



USA ★ FOREVER